**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CLOROX COMPANY, | No. C-13-00461 DMR |
| Plaintiff(s), | **ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT DEADLINES [DOCKET NO. 25]** |
| v. | |
| HDI-GERLING AMERICA INSURANCE COMPANY, | |
| Defendant(s). | |
| _____/ | |

The court is in receipt of the parties' joint motion to continue the case management deadlines by 60 days. [Docket No. 25.] The motion is **granted.**

By **November 11, 2013**, the parties shall submit a proposed order with the new case management deadlines.

IT IS SO ORDERED.

Dated: November 5, 2013

_____
DONNA M. RYU
United States Magistrate Judge