**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>        Plaintiff(s),<br><br>  v.<br><br>HDI-GERLING AMERICA INSURANCE COMPANY,<br><br>        Defendant(s).<br>_____/ | No. C-13-00461 DMR<br><br>**ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT DEADLINES [DOCKET NO. 25]** |

    The court is in receipt of the parties' joint motion to continue the case management deadlines by 60 days. [Docket No. 25.] The motion is **granted.**

    By **November 11, 2013**, the parties shall submit a proposed order with the new case management deadlines.

IT IS SO ORDERED.

Dated: November 5, 2013

*/s/ Donna M. Ryu*

_____
DONNA M. RYU
United States Magistrate Judge